UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

RICHARD W. MALONEY, M.D., an individual

       Plaintiff,

v.                        Case No: 2:12-cv-218-FtM-38DNF

THE PROCTER & GAMBLE COMPANY,

       Defendant.
_____/

## ORDER

This matter comes before the Court on Stipulation of Dismissal With Prejudice (Doc. #40) filed on June 13, 2013. Plaintiff voluntarily dismisses this action with prejudice against Defendant pursuant to Federal Rule 41(a)(1).

Accordingly, it is now **ORDERED**:

(1) Pursuant to the Parties' stipulation, all claims and defenses by and between Plaintiff and Defendant are dismissed with prejudice.

(2) The Clerk is directed to terminate all pending motions and deadlines and **CLOSE the file**.

**DONE** and **ORDERED** in Fort Myers, Florida this 13th day of June, 2013.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record